# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| MYSHELLE WILFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No.: |
| v. ) | 7:24-cv-00059-WLS |
| ) | |
| TKO-SC, LLC, a Domestic Limited ) | |
| Liability Company, LYNDALOU ) | |
| HOLDINGS, LLC, a Domestic Limited ) | |
| Liability Company and JOHN DOE, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION EXTENDING TIME FOR DEFENDANT TKO-SC, LLC TO ANSWER COMPLAINT

COMES NOW, Plaintiff Myshelle Wilford by and through her counsel, pursuant to Middle District Rule 6.1, and hereby stipulates that the time within which Defendant TKO-SC, LLC may submit its answer, counterclaims, crossclaims, or assert any affirmative defenses allowed by law is extended for two weeks, through and including Thursday, September 19, 2024.

This 11th day of September, 2024.

Respectfully submitted,

*/s/ Jeremy Stephens*
JEREMY STEPHENS, ESQ.
Georgia Bar No. 702063
MORGAN & MORGAN, P.A.

-1-

191 Peachtree Street, N.E., Ste. 4200
Post Office Box 57007
Atlanta, Georgia 30343-1007
Telephone: (404)965-1682
E-mail: jstephens@forthepeople.com
gschmitz@forthepeople.com
mbarreiro@forthepeople.com
*Attorney for Plaintiff*

SO ORDERED this 13th day of September, 2024

W. Louis Sands, Sr. Judge
United States District Court

-2-