UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEOGIA
VALDOSTA DIVISION

MYSHELLE WILFORD,

    Plaintiff,

v.

CASE NO.: 7:24-CV-00059

TKO-SC, LLC, a Domestic Limited Liability Company, LYNDALOU HOLDINGS, LLC, a Domestic Limited Liability Company, and JOHN DOE, individually,

    Defendants.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff MYSHELLE WILFORD ("Plaintiff"), and Defendant TKO-SC, LLC, LYNDALOU HOLDINGS, LLC and JOHN DOE, ("Defendant") (collectively, "the Parties"), by and through their attorneys of record hereby stipulate and agree that the Complaint in the above-captioned action is voluntarily dismissed in its entirety with prejudice, with each party to bear its own fees and costs.

Respectfully submitted,

/s/ Jeffrey J. Costolnick
Jeffrey J. Costolnick
Georgia Bar No. 637168
jeffrey.costolnick@ogletree.com
William E. Collins, Jr.
GA Bar No. 582180
william.collins@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
191 Peachtree Street, NE, Suite 4800
Atlanta, Georgia 30303
Telephone: 404.881.1300
Fax: 404.870.1732
*Counsel for Defendants TKO-SC, LLC.
and Lyndalou Holdings, LLC*

/s/ JEREMY STEPHENS
JEREMY STEPHENS, ESQ.
GA Bar No.: 702063
MORGAN & MORGAN, P.A.
191 Peachtree Street, N.E., Ste. 4200
Post Office Box 57007
Atlanta, Georgia 30343-1007
Telephone: (404) 965-1682
E-mail: jstephens@forthepeople.com
gschmitz@forthepeople.com
mbarreiro@forthepeople.com
*Attorney for Plaintiff*

SO ORDERED this 20th day of November, 2024.

W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2024, I filed the foregoing with the Clerk of Court through the Florida Courts E-Filing Portal, which will send a notice of electronic filing to: all counsel of record.

/s/ GREGORY R. SCHMITZ
Gregory R. Schmitz