IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MYSHELLE WILFORD, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-59 (WLS) |
| | * |
| TKO-SC, LLC, et al., | * |
| Defendants. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 20, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 21st day of November, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk